# EXHIBIT 1

# AUGLAIZE COUNTY MUNICIPAL COURT

**MANDY L. DUNLAP - CLERK OF COURTS**
**PO BOX 409 201 SOUTH WILLIPIE ST**
**WAPAKONETA, OHIO 45895**
**(419) 739-6767**

SUMMONS ON COMPLAINT

Case Number: 2026 CVF 00916

ROGER J DATRES IV
11939 CANNING FACTORY RD, WAPAKONETA, OH 45895

--vs--

UNITED WHOLESALE MORTGAGE
585 SOUTH BLVD E, PONTIAC, MI 48341

To the above named defendant(s):

You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this Court by the Plaintiff(s) named herein.

You are required to serve upon the Plaintiff's(s') attorney, or upon the Plaintiff(s) if there is no attorney of record, a copy of your answer to the complaint within 28 days after service. Said answer must be filed with this court within three days after service on Plaintiff's(s') attorney.

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

Mandy L. Dunlap
Clerk of Courts

By: Kimberly Reser
Deputy

9/10/2026

AUGLAIZE COUNTY
MUNICIPAL COURT
FILED 09/09/2026 06:17 PM
MANDY L. DUNLAP
CLERK OF COURTS

**IN THE AUGLAIZE COUNTY MUNICIPAL COURT**
**AUGLAIZE COUNTY, OHIO**

Roger J. Datres IV Plaintiff

**v.**

United Wholesale Mortgage, LLC Defendant 2026 CVF 916

## EXHIBIT A — ITEMIZED STATEMENT OF CLAIM

**(Telephone Consumer Protection Act, 47 U.S.C. § 227)**

**1. DNC registration.** Plaintiff's cellular telephone number ending in 3892 was registered on the National Do Not Call Registry on **May 24, 2025.** A copy of the official registration confirmation from Verify@DonotCall.gov is attached as the next page of this Exhibit A.

**2. Contacts counted.** After that registration date, Defendant (or persons acting for Defendant) placed **seven (7)** unsolicited telephone calls to Plaintiff's cell. First counted call: **November 6, 2025.** Plaintiff has screen recordings of the calls. Two recordings have limited or no Defendant-side audio (one has no audio; one has audio mostly from Plaintiff's end). Plaintiff still counts all seven calls as violations and will produce the files at hearing.

**3. No consent / willfulness.** Plaintiff did not give prior express consent. On an earlier related call Plaintiff told the caller there was no consent and explained the TCPA / DNC prohibition. The seven calls after DNC registration, including those after that notice, are alleged as willful or knowing violations at $1,500 each.

**4. Amount demanded.** 7 × $1,500 = **$10,500.00,** plus interest at 7% per year from November 6, 2025, plus court costs and service costs. This amount is within the monetary jurisdiction of this Court on the civil docket.

**5. Electronic files.** Screen recordings (with file dates) and related files are stored electronically. Plaintiff will bring them to any hearing and will provide Defendant a copy by Google Drive or other reasonable electronic means on request. Those recordings are not printed with this filing.

This Exhibit A is the itemized statement of the claim. The attached DNC confirmation is part of Exhibit A.

Respectfully submitted,

Roger J. Datres IV
11939 Canning Factory Rd
Wapakoneta, OH 45895
567-279-3892
Plaintiff, pro se

*Page 2: National Do Not Call Registry confirmation (number ending 3892; registered May 24, 2025).*

**EXHIBIT A (continued) — National DNC Registration Confirmation**

9:05

National Do Not Call Registry - Your Registration

July 25, 2025 2:58 PM

Verify@DonotCall.gov Details

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 3892 on May 24, 2025. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

*******************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

Reply Reply all Forward Delete More

Source: email from Verify@DonotCall.gov dated July 25, 2025, confirming registration on May 24, 2025 for the number ending in 3892.